1   BARRY J. PORTMAN
    VARELL L. FULLER
2   Assistant Federal Public Defender
    160 West Santa Clara Street, Suite 575
3   San Jose, CA  95113
    Telephone:  (408) 291-7753
4
    Counsel for Defendant LEONARD FLEMING
5

**FILED**

JAN 3 1 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

6

7                  IN THE UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00791-DLJ |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE INITIAL |
| vs. | ) | APPEARANCE AND ARRAIGNMENT |
| | ) | |
| LEONARD RUSSELL FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

16                          **STIPULATION**

17          The parties, by and through their respective counsel, hereby stipulate and jointly request

18   that the defendant's initial appearance and arraignment currently set for Thursday, February 3,

19   2011, at 1:30 p.m., be continued to Tuesday, March 1, 2011, at 9:30 a.m.  The Federal Public

20   Defender was appointed pre-charge to represent Mr. Fleming in this matter. The parties jointly

21   request that the Court continue the initial appearance and arraignment set in this matter because

22   Mr. Fleming currently resides in Lackawanna, New York, and presently cannot afford to pay to

23   travel to this district by February 3, 2011, and he requires additional time to arrange and pay for

24   his travel.  Accordingly, the parties respectfully request that the Court continue the defendant's

25   initial appearance from February 3, 2011, at 1:30 p.m. to March 1, 2011 at 9:30 a.m.
     //
26   //

Stipulation and [Proposed] Order Continuing
Initial Appearance, CR 10-00791-LHK                    1

1    Dated: January 31, 2011

2                                                            _____/s/_____
                                                            HANLEY CHEW
3                                                           Assistant United States Attorney

4

5    Dated: January 31, 2011

6                                                            _____/s/_____
                                                            VARELL L. FULLER
7                                                           Assistant Federal Public Defender

8                                    [PROPOSED] ORDER

9           Good cause appearing and by stipulation of the parties, it is hereby ORDERED that the

10   defendant's initial appearance and arraignment set for Thursday, February 3, 2011, at 1:30 p.m. is

11   continued to Tuesday, March 1, 2011, at 9:30 a.m. before the Honorable Howard R. Lloyd.

12          IT IS SO ORDERED.

13   Dated: January 31, 2011

14                                                          _____
                                                            THE HON. PAUL S. GREWAL
15                                                          United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

Stipulation and [Proposed] Order Continuing
Initial Appearance, CR 10-00791-LHK                    2