1  BARRY J. PORTMAN
   VARELL L. FULLER
2  Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
3  San Jose, CA 95113
   Telephone: (408) 291-7753
4
5  Counsel for Defendant LEONARD FLEMING



FILED

MAR - 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00791-DLJ |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER TO CONTINUE INITIAL |
| vs. ) | APPEARANCE AND ARRAIGNMENT |
| ) | |
| LEONARD RUSSELL FLEMING, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION**

The parties, by and through their respective counsel, hereby stipulate and jointly requests that the defendant's initial appearance previously set for March 1, 2011, at 9:30 p.m., be continued to March 15, 2011, at 9:30 a.m. The Federal Public Defender was previously appointed precharge to represent Mr. Fleming in this matter. On March 1, 2011, the parties appeared at the initial appearance previously set in this matter. However, Mr. Fleming, who resides in Lackawanna, New York, was not present. Mr. Fleming was not present because he is indigent and was unable to pay the cost of his travel to this district for his initial appearance. Counsel for Mr. Fleming has applied for an order directing the United States Marshal to pay the cost of Mr. Fleming's travel to this district for his initial appearance and change of plea on March 15, 2011. Accordingly, the parties respectfully requests that the Court continue the defendant's

1 | initial appearance to March 15, 2011 at 9:30 a.m.

2 | IT IS SO STIPULATED.

3 | Dated: March 1, 2011

4 | /s/
HANLEY CHEW
Assistant United States Attorney

7 | Dated: March 1, 2011

8 | /s/
VARELL L. FULLER
Assistant Federal Public Defender

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ORDERED that the defendant's initial appearance and arraignment shall be continued to Tuesday, March 15, 2011, at 9:30 a.m.

IT IS SO ORDERED.

Dated: March 2, 2011

THE HON. HOWARD R. LLOYD
United States Magistrate Judge

Stipulation and [Proposed] Order Continuing
Initial Appearance, CR 10-00791-DLJ                    2